Case No. SACV 17-1873-DOC (SKx)            Date: June 19, 2017

Title: CLASSIC CONCEPTS, INC. V. MUUDUU FURNITURE ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW LOCAL RULES**

     On March 9, 2017, the Court issued a Notice to Counsel re: Copyright, Patent, and Trademark Reporting Requirements ("Notice") (Dkt. 10). The Notice advised Plaintiff that it had failed to conform to Local Rule 3-1, and had ten days to do so. To date, Plaintiff has failed to provide the Clerk of the Court with an original and two copies of either (1) the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters, or (2) the required notice (AO 121) in copyright matters.

     Plaintiff is ORDERED to file the required documentation **on or before June 23, 2017**. Failure to do so may result in this case being dismissed for lack of prosecution.

     The Clerk shall serve this minute order on the parties.