JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CLASSIC CONCEPTS, INC., a New Mexico Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUUDUU FURNITURE, form unknown; PHONG NGUYEN, an individual,<br><br>Defendants. | Case No. 2:17-cv-1873 DOC (SKx)<br><br>JUDGMENT |

## JUDGMENT

Based on the failure of defendant MuuDuu Furniture to respond to the Summons and Complaint of plaintiff Classic Concepts, Inc. and said plaintiff having satisfied the procedural and substantive requirements, the Court enters default judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Court GRANTS plaintiff Classic Concepts, Inc.'s request for a permanent injunction barring future infringement and unfair competition. Judgment is hereby entered on the Complaint in favor of plaintiff Classic Concepts,

228712.1

1

JUDGMENT

Inc., and against defendant MuuDuu Furniture, permanently enjoining said defendant and those acting in concert with it, from directly or indirectly copying or causing to be copied and used in its own business, any photographs appearing in the catalogs and/or on the website of plaintiff Classic Concepts, Inc., in which said plaintiff owns copyright; defendant MuuDuu Furniture is further enjoined from using, manufacturing, reproducing, creating derivative works, displaying, distributing, advertising, promoting, offering for sale, selling, and/or passing off any materials that bear a design which is similar to the copyrighted goods and merchandise of plaintiff Classic Concepts, Inc. as defendant's own, at any time forward from the date of this Judgment.

    2.    Defendant Phong Nguyen is dismissed without prejudice, subject to paragraph 1 above.

    3.    Plaintiff Classic Concepts, Inc. may be awarded its costs by filing an appropriate cost bill under the Federal Rules of Civil Procedure.

THE CLERK IS ORDERED TO ENTER THE JUDGMENT.

Dated: August 22, 2017

*David O. Carter*

DAVID O. CARTER

UNITED STATES DISTRICT JUDGE

228712.1

JUDGMENT